FILED
APR 28 2021
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

5:20-CR-16-16
Erick Lamont Stanback-Singleton
#3655230
4-11-2021

Dear Honorable Judge John Bailey,

Hi my name is Erick Singleton. I'm writing this letter just to apologize to you and your state for doing what I did. I let my family and myself down. I was only thinking of myself while committing the crime I am charged with. I was going through financial problems and could not find a job. I had to support my family. I'm not asking for sympathy, just to understand the position I was in. I'm using this time to get my mind right. This is not the real me. I'm better than this. I'm asking for you and the court to go under the guidelines while sentencing me and grant me the drug program so I can work on my drug problem. I'm going to school while I have been incarcerated at the Northern Regional Jail. It is the only class I am offered at this time. I'm working on my GED. I will enroll in other classes when I get to prison. My sentencing guidelines start from 41 to 51 months. In my plea agreement, the recommendation to the court is for me to receive the low end. I have my son and a he is 3 years old. He needs me. I have already been incarcerated for 9 months. When I come home, I have a job landscaping while I continue to work on making myself a better person and a contributing member of society. I'm writing down ideas to help me change, including the 12 steps program. I took thinking for a change and feel it will help me when I come home. I hope this letter can help you to see the good inside me and the effort I put forth to help change. Please and Thank You.

Sincerely,